```
 1  GONZALEZ & LEIGH LLP
    MATT GONZALEZ (SBN 153486)
 2  G. WHITNEY LEIGH (SBN 153457)
    BRYAN W. VERESCHAGIN (SBN 188608)
 3  Two Shaw Alley, Third Floor
    San Francisco, CA  94105
 4  Telephone:  (415) 512-2000
    Facsimile:  (415) 512-2001
 5
    Attorneys for Plaintiff
 6  MARVIN JOHNSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, a municipality, and DINO MARCIC, individually and in his capacity as a police officer for the San Francisco Police Department, HEATHER FONG, in her official capacity as Chief of Police for the San Francisco Police Department,<br><br>　　　　　　　　　Defendants. | Case No. C06-4217 MMC<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED ORDER] CONTINUING DATE FOR COMPLAINCE WITH EARLY NEUTRAL EVALUATION** |

1  IT IS HEREBY STIPULATED between plaintiff Marvin Johnson by and though her
2  attorneys of record, Gonzalez & Leigh, LLP and defendants City and County of San Francisco,
3  Dino Marcic and Heather Fong by and through their counsel of record, Andrew Sweet, Esq. of
4  Moscone, Emblidge & Quadra, LLP that the last day for all parties to comply with the early
5  neutral evaluation requirement will be April 16, 2007.  This joint stipulation is made in good faith
6  and necessitated by the fact that lead counsel for plaintiff, Mr.G. Whitney Leigh, Esq. of Gonzalez
7  & Leigh, LLP underwent unexpected surgery for a herniated disc on February 15, 2007, and is
8  presently unable to work fulltime as he recovers from the surgery.

IT IS SO STIPULATED:

Dated:  February 26, 2007                                      GONZALEZ & LEIGH, LLP


                                                               By /s/ Bryan W. Vereschagin
                                                                  BRYAN W. VERESCHAGIN
                                                                  Attorneys for Plaintiff
                                                                  MARVIN JOHNSON


Dated:  February 26, 2007                                      MOSCONE, EMBLIDGE & QUADRA, LLP


                                                               By /s/ Andrew Sweet
                                                                  ANDREW SWEET
                                                                  Attorneys for defendants the City and
                                                                  County of San Francisco, DINO MARCIC
                                                                  and HEATHER FONG

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED:

Dated:  February 28, 2007

                                                               ~~WAYNE D. BRAZIL~~  MAXINE M. CHESNEY
                                                               ~~UNITED STATES MAGISTRATE JUDGE~~
                                                               UNITED STATES DISTRICT JUDGE

2
AMENDED JOINT STIPULATION AND [PROPOSED ORDER] RE ENE COMPLAINCE
CASE NO. C06-4217 MMC