United States District Court
For the Northern District of California

1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARVIN JOHNSON,                          No. C-06-4217 MMC

11                 Plaintiff,                 **ORDER GRANTING MOTION TO
                                              EXTEND DEADLINE TO COMPLETE**
12       v.                                   **EARLY NEUTRAL EVALUATION**

13   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
14
                  Defendants.
15
16   _____/

17        In light of plaintiff's pending motion to file an amended complaint to add additional

18   defendants, which is noticed for hearing May 18, 2007, plaintiff's motion to extend the

19   deadline to complete early neutral evaluation is hereby GRANTED, and such deadline is

20   hereby EXTENDED from April 16, 2007 to June 15, 2007.

21        This order terminates Docket No. 26.

22        **IT IS SO ORDERED.**

23   Dated: May 1, 2007                       MAXINE M. CHESNEY
                                              United States District Judge
24
25
26
27
28