UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVIN JOHNSON, | ) | |
| Plaintiff(s), | ) | No. C6-4217 MMC(BZ) |
| v. | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |
| CITY & COUNTY of SAN FRANCISCO, ET AL. | ) | |
| Defendant(s). | ) | |

It is **ORDERED** that a telephonic conference is scheduled for **Friday, May 11, 2007 at 9 a.m.,** to discuss the discovery dispute(s) currently at issue. Counsel for defendant shall contact counsel for plaintiff and call chambers at **(415) 522-4093.**

Dated: May 8, 2007

_Bernard Zimmerman_
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\REFS.07\JohnsonTELCONF.wpd

1