GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiff
MARVIN JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipality, and DINO MARCIC, individually and in his capacity as a police officer for the San Francisco Police Department, HEATHER FONG, in her official capacity as Chief of Police for the San Francisco Police Department,<br><br>Defendants. | Case No. 06-04217 MMC<br><br>[~~PROPOSED~~] ORDER<br><br>Judge:    Hon. Maxine M. Chesney<br>Date:     May 18, 2007<br>Time:     9:00 a.m.<br>Location: 450 Golden Gate Ave.<br>          19th Floor, Courtroom 7 |

Plaintiff has filed a motion for leave to amend and supplement the complaint. Good cause appearing, Plaintiff's Motion and Application for Leave to File an Amended and Supplemental Complaint is hereby granted, and such complaint shall be filed no later than May 18, 2007.

Dated: May 8, 2007

_/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney

**PROPOSED ORDER**
**CASE NO. 06-4217 MMC**