UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, ) | |
| ) | |
| Plaintiff(s), ) | No. C06-4217 MMC (BZ) |
| ) | |
| v. ) | **SCHEDULING ORDER** |
| ) | |
| CITY AND COUNTY OF SAN ) | |
| FRANCISCO, et al., ) | |
| ) | |
| Defendant(s). ) | |

On May 11, 2007, I held a telephonic conference on the discovery dispute described by defendants in their May 4, 2007 motion to compel discovery. All parties were present through counsel. In light of the discussion on the record, **IT IS ORDERED** as follows:

1. Plaintiff having stated during the conference that he does not oppose defendants' May 4 motion to shorten time, that motion is **GRANTED**;

2. Plaintiff's opposition to defendants' motion to compel discovery, if any, shall be filed by May 18, 2007;

3. Defendants' reply, if any, shall be filed by May 23, 2007.

1     4.  A hearing on the motion to compel discovery is
2 scheduled for **Wednesday, May 30, 2007, at 10:00 a.m.**, in
3 Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
4 Avenue, San Francisco, California 94102.
5 Dated:  May 11, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\SCH ORDER.wpd

2