G. SCOTT EMBLIDGE, State Bar # 121613
ANDREW E. SWEET, State Bar # 160870
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
INSPECTOR DEAN MARCIC, and CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO GIANTS; CHINA BASIN BALLPARK COMPANY, LLC; CITY AND COUNTY OF SAN FRANCISCO; DINO MARCIC AND HEATHER FONG,<br><br>    Defendants. | Case No. C-06-4217 MMC<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] WITHDRAWING DEFENDANTS MOTION TO COMPEL DEPOSTIONS WITHOUT PREJUDICE** |

JOINT STIPULATION
Case No. C-06-4217 MCC

1

IT IS HEREBY STIPULATED between plaintiff Marvin Johnson by and through his attorneys of record, Gonzalez & Leigh, LLP and defendants by and through their counsel of record, Moscone, Emblidge & Quadra, LLP, that Defendant's Motion to Compel Discovery filed on May 3, 2007, is withdrawn without prejudice.

IT IS SO STIPULATED.

DATED: May 24, 2007  MOSCONE, EMBLIDGE & QUADRA, LLP

By /s/

Andrew E. Sweet
Attorneys for Defendants

DATED May 24, 2007  GONZALEZ & LEIGH, LLP

By /s/

G. Whitney Leigh
Attorneys for Plaintiff

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED:

DATED: May 29, 2007

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
               MAGISTRATE

*IT IS SO ORDERED — Judge Bernard Zimmerman (seal, United States District Court, Northern District of California)*

JOINT STIPULATION  2
Case No. C-06-4217 MCC