UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, ) | |
| ) Plaintiff(s), ) | No. C06-4217 MMC (BZ) |
| ) v. ) | **BRIEFING ORDER** |
| ) CITY AND COUNTY OF SAN ) FRANCISCO, et al., ) ) Defendant(s). ) | |

On May 31, 2007, I held a telephonic conference to discuss plaintiff's May 24, 2007 motions to shorten time and to extend time to complete discovery. All parties participated through counsel. In light of the discussion on the record, **IT IS ORDERED** as follows:

    1.  Defendants having no opposition to plaintiff's May 24, 2007 motion to shorten time, that motion is **GRANTED**;

    2.  The parties shall meet and confer in an effort to resolve this dispute, having in mind the views expressed by the court.

    3.  If they cannot resolve the dispute, defendants' opposition shall be filed by **June 8, 2007**;

1

1      4.  Plaintiff's reply, if any, shall be filed by **June 12, 2007**;

    5.  Defendants' disclosures, pursuant to Federal Rule of Civil Procedure 26(a), shall be made by **June 8, 2007**.  The parties are reminded that a failure to voluntarily disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.

    6.  If a hearing is necessary, the court will schedule one.

Dated:  May 31, 2007

                                    Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\order.briefing.schedule.wpd