UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN JOHNSON,                )
                               )
        Plaintiff(s),          )   No. C06-4217 MMC (BZ)
                               )
    v.                         )   **ORDER DENYING PLAINTIFF'S**
                               )   **MOTION TO SHORTEN TIME**
CITY AND COUNTY OF SAN         )
FRANCISCO, et al.,             )
                               )
        Defendant(s).          )

On June 27, 2007, plaintiff filed a motion to shorten time for hearing his motion to compel depositions. (Docket No. 77). Plaintiff did so without first complying with the Initial Discovery Order. As it is premature, plaintiff's motion is **DENIED** without prejudice.

Dated: June 28, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\ORD.SHORT.TIME.wpd

1