UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, ) | |
| ) Plaintiff(s), ) | No. C06-4217 MMC (BZ) |
| ) v. ) | **BRIEFING ORDER** |
| ) CITY AND COUNTY OF SAN ) FRANCISCO, et al., ) | |
| ) Defendant(s). ) | |

On July 05, 2007, I held a telephonic conference to discuss the parties' ongoing discovery disputes, as referenced in plaintiff's July 2, 2007 letter and defendants' July 3, 2007 letter (Docket no. 83, 84). All parties participated through counsel. In light of the discussion on the record, **IT IS ORDERED** as follows:

  1.  Plaintiff may file a Motion to Compel Discovery by **July 06, 2007.**

  2.  Defendants opposition, if any, shall be filed by **July 12, 2007.**

  3.  Plaintiff's reply, if any, shall be filed by **July 13, 2007**.

1

4.  If a hearing is necessary, the court will schedule one.

Dated:  July 6, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\ORD.BRIEFING.SCHEDULE.2.wpd