UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON,<br><br>            Plaintiff(s),<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendant(s). | No. C06-4217 MMC (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

   **IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Friday, July 27, 2007 at 10:00 a.m.** to discuss the outstanding discovery dispute.  Counsel for defendant shall get counsel for plaintiff on the line and call chambers at **415-522-4093.**

Dated:  July 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\JOHNSON.TEL.CONF.ORDER.wpd

1