UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, | |
| Plaintiff(s), | No. C06-4217 MMC (BZ) |
| v. | **SECOND DISCOVERY ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

On July 27, 2007, I held a telephonic conference to address the discovery dispute outlined in the parties' letters of July 18 and 19. All parties were present, represented by counsel. I see no need for further briefing on the dispute and, for the reasons discussed on the record, **IT IS ORDERED** that, by the close of discovery, July 31, 2007, Messrs. McEachern, Ganster, Murphy, and Connolly will be deposed consistent with my Order dated June 14, 2007, and the views I expressed on July 5, 2007.

Dated: July 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\SECOND DISC ORDER.wpd

1