UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN JOHNSON,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff(s),　　　　 )　　No. C06-4217 MMC (BZ)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　**BRIEFING ORDER**
　　　　　　　　　　　　　　　　)
CITY AND COUNTY OF SAN　　　　 )
FRANCISCO, et al.,　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　Defendant(s).　　　　 )
────────────────────────────── )

　　　　　On August 2, 2007, I held a telephonic conference to discuss the parties' ongoing discovery disputes, as referenced in plaintiff's July 26, 2007 letter and defendants' July 31, 2007 letter (Docket no. 93, 100). All parties participated through counsel. The court strongly suggests the parties resolve these disputes in accordance with the views expressed by the court. If they cannot, **IT IS ORDERED** as follows:

　　　1.　Plaintiff may file a Motion to Compel Discovery by **August 10, 2007.**

　　　2.　Defendants' opposition, if any, shall be filed by **August 17, 2007.**

　　　3.　Plaintiff's reply, if any, shall be filed by

1

**August 22, 2007.**

    4.  If a hearing is necessary, the court will schedule one.

Dated:  August 2, 2007

                                    _____
                                        Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\ORDER.BRIEFING.SCHEDULE.3.wpd

2