MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

ANDREW E. SWEET (SBN 160870)
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO GIANTS; CHINA BASIN BALLPARK COMPANY, LLC; CITY AND COUNTY OF SAN FRANCISCO, a municipality, and DINO MARCIC, individually and in his capacity as a police officer for the San Francisco Police Department, and in his capacity as an employee of the SAN FRANCISCO GIANTS and the CHINA BASIN BALLPARK COMPANY, LLC; HEATHER FONG, in her official capacity as Chief of Police for the San Francisco Police Department,<br><br>    Defendants. | Case No. 06-04217 MMC<br><br>STIPULATION AND [PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR CONSOLIDATION OF BRIEFS<br><br>Judge: Hon. Maxine M. Chesney<br>Location: 450 Golden Gate Avenue<br>            19th Floor, Courtroom 7<br><br>Trial Date: October 29, 2007 |

WHEREAS, Defendants filed separately two motions seeking summary judgment in this action, with two separate memoranda of points and authorities totaling 37 pages;

1  WHEREAS, Defendants San Francisco Giants and China Basin Ballpark Company filed
2  an additional motion for Rule 11 sanctions, with a memorandum of points and authorities
3  totaling 12 pages;
4  WHEREAS, Plaintiff Marvin Johnson seeks to file one brief as a Consolidated
5  Opposition to Defendants motion, and submits that presenting these matters in a consolidated
6  filing will be to the Court's convenience and benefit;
7  WHEREAS, Mr. Johnson proposes filing his Consolidated Opposition in 50 or fewer
8  pages, rather than the 75 pages he could submit as three separate briefs in opposition;
9  WHEREAS, Plaintiff and Defendants stipulate that good cause exists to grant Plaintiff's
10 request, and the parties request the Court to enter an Order to that effect;
11 IT IS STIPULATED AND AGREED that Plaintiff Marvin Johnson be permitted to file one
12 Consolidated Opposition brief in response to Defendants' three motions, and that said
13 Consolidated Opposition shall not exceed 50 pages in length:
14 DATED: August 21, 2007

GONZALEZ & LEIGH, LLP

By ___/s/ G. Whitney Leigh___
G. Whitney Leigh
Attorneys for Plaintiff

MOSCONE, EMBLIDGE, & QUADRA, LLP

By ___/s/ Andrew E. Sweet___
Andrew E. Sweet
Attorneys for Defendant

1  For the reasons set forth in the above stipulation, and for good cause shown, the Court
2  finds the application supported by GOOD CAUSE and HEREBY ORDERS that plaintiff shall
3  file one Consolidated Opposition of no more than 50 pages in response to defendants' motions
4  on or before August 24, 2007.
5      IT IS SO ORDERED.

7  DATED: August 22, 2007
8      The Honorable Maxine M. Chesney
       United States District Judge