UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON,<br>        Plaintiff(s),<br>  v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>        Defendant(s). | No. C06-4217 MMC (BZ)<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' papers on plaintiff's motion to compel discovery, **IT IS ORDERED** that a hearing on plaintiff's motion to compel will be held on **Friday, August 31, 2007 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 28, 2007

                                  Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\SCH ORDER DISC HEARING.wpd

1