1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   MARVIN JOHNSON,            )
                               )
12           Plaintiff(s),     )     No. C06-4217 MMC (BZ)
                               )
13       v.                    )
                               )     **ORDER GRANTING FURTHER**
14   CITY AND COUNTY OF SAN     )     **DISCOVERY**
     FRANCISCO, et al.,         )
15                             )
             Defendant(s).     )
16   _____)

17       Plaintiff's motion to compel discovery came on for

18   hearing on August 31, 2007.  Both sides were represented by

19   counsel.  The court having reviewed all papers filed in

20   connection with the motion and having heard arguments of

21   counsel, for the reasons given during the hearing, **IT IS**

22   **ORDERED** as follows:

23       1.  The San Francisco Giants shall produce for deposition

24   in accordance with Federal Rule 30(b)(6), the person most

25   knowledgeable about

26       (a) The preparation and maintenance of the database

27   produced to plaintiffs which is Exhibit F to Mr. Leigh's

28   declaration (the database).

                               1

1       (b) Why the database was discontinued, as it appears to

2   have been after 2003.

3       (c) The e-mail which is Bates-stamped number SFG0000376

4   and is part of Exhibit H to Mr. Leigh's reply declaration (the

5   e-mail).

6       2.   The Giants shall produce Officers Ganster and Murphy

7   to respond to the foundational questions asked during their

8   depositions and to such follow up questions as plaintiff may

9   ask consistent with the views announced by the court at this

10  and previous hearings about the scope of permissible

11  discovery.  Defendants are cautioned that close questions

12  about the scope of discovery should be resolved in favor of

13  answering the question and later moving to strike the answer,

14  given existing time constraints.

15      3.   Mr. Sweet shall ascertain whether the documents

16  constituting Exhibit O to Mr. Leigh's declaration pertain in

17  any fashion to the defendant Dino Marcic and so notify counsel

18  for plaintiff with a copy to the court by noon on **Tuesday,**

19  **September 4, 2007.**  If they do, then the Giants shall provide

20  the person most knowledgeable about those documents as part of

21  the deposition ordered in paragraph 1.

22      4.   The Giants shall produce Mr. Bair and Mr. Costa for

23  further deposition with respect to the database and the

24  e-mail.  If the Giants wish, they may combine these two

25  depositions with the 30(b)(6) deposition on these same

26  documents.

27      5.   Further 30(b)(6) deposition of Lieutenant McEachin is

28  **DENIED** without prejudice to being renewed if the 30(b)(6)

2

1    deposition of the Giants discloses City participation in the

2    preparation of the database.

3         6.   These depositions shall be completed by **Friday,**

4    **September 7, 2007.**

5         7.   Except as so granted, plaintiff's motion is otherwise

6    **DENIED.**

7         A separate order will follow on the question of whether

8    preclusionary sanctions against the Giants will issue for the

9    30(b)(6) deposition with respect to their affirmative

10   defenses.

11   Dated:  August 31, 2007

12   _____

13                    Bernard Zimmerman
                United States Magistrate Judge

14

     G:\BZALL\-REFS\Johnson v. SF\ORD.GRANTING FURTHER DISC.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              3