UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVIN JOHNSON, | ) | |
| Plaintiff(s), | ) | No. C06-4217 MMC (BZ) |
| v. | ) | **ORDER TO SHOW CAUSE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to my Briefing Order dated August 2, 2007, I granted plaintiff leave to file a Motion to Compel Discovery by August 10, 2007. Plaintiff's counsel did not file the entire motion until August 11, 2007. Moreover, the motion did not comply with the Civil Local Rules 7-2(c) and 37-2. This caused the court to waste substantial time and effort in attempting to resolve plaintiff's motion. **IT IS THEREFORE ORDERED** that by no later than **September 24, 2007**, plaintiff's counsel shall either show cause in writing why he should not be held in contempt of court or otherwise sanctioned for disobeying my prior order and the Civil Local Rules.  A hearing on the Order To Show Cause will be held on **October 3,**

1

1 **2007 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal
2 Building, 450 Golden Gate Avenue, San Francisco, California
3 94102. Plaintiff's counsel shall appear personally at the
4 hearing.
5     If counsel wishes to avoid the hearing, he may contribute
6 $250.00 to **St. Anthony's Dining Room**, 121 Golden Gate Avenue,
7 San Francisco, CA 94102 or **Glide Memorial Church Program**, 330
8 Ellis Street, San Francisco, CA 94102. If proof of payment is
9 received in chambers on or before **September 24, 2007**, the
10 Order To Show Cause will be discharged.
11 Dated:   September 4, 2007

                    _____
                           Bernard Zimmerman
13                    United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\LAY.ORDER.TO.SHOW.CAUSE.wpd

2