1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    MARVIN JOHNSON,                        No. C-06-04217 MMC (JCS)

9              Plaintiff(s),

10         v.                               **NOTICE AND ORDER
                                            SETTING FURTHER**
11   SAN FRANCISCO GIANTS, ET AL.,          **SETTLEMENT CONFERENCE**

12             Defendant(s).
     _____/

13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15         You are hereby notified that a Further Settlement Conference is scheduled for **September

16   18, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,

17   California.

18         Lead trial counsel shall appear at the Settlement Conference with the parties and persons

19   having unlimited authority to negotiate and settle the case.

20         Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case

21   settles prior to the date set for the Further Settlement Conference.  All other provisions of this

22   Court's July 25, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain

23   in effect.

24         IT IS SO ORDERED.

25

26   Dated: September 14, 2007

27                                          _____
                                            JOSEPH C. SPERO
28                                          United States Magistrate Judge