UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, et al., ) <br> ) <br> Defendant(s). ) <br> ) | No. C06-4217 MMC (BZ) <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court having received timely proof of payment from plaintiff's counsel, G. Whitney Leigh, **IT IS HEREBY ORDERED** that the order to show cause, entered on September 4, 2007 (Docket No. 149), and scheduled for October 3, 2007 at 10:00 a.m., is **DISCHARGED.**

Dated: September 24, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Johnson v. SF\ORDER DISCHARGING OSC.LEIGH.wpd

1